DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YOSBANI JOSEPH HERNANDEZ,**
Appellant,

v.

**SHUTTS & BOWEN, LLP,** a Florida limited liability partnership and
**BLUE WATER REAL ESTATE HOLDINGS, INC.,** a Delaware corporation,
Appellees.

No. 4D2025-0671

[March 12, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nickolaus Hunter Davis and Carlos A. Rodriguez, Judges; L.T. Case No. CACE23020630.

James A. Burnham, Palm Beach Gardens, for appellant.

Julissa Rodriguez, Miami, Jamie B. Wasserman, and David O. Batista of Shutts & Bowen, LLP, Fort Lauderdale, for appellee Shutts & Bowen, LLP, a Florida limited liability partnership.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***